**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **JOSE NUNO** | : | **DOCKET NO. 18-cv-0407** |
| REG. # 13345-111 | | SECTION P |
| **VERSUS** | : | **JUDGE ROBERT G JAMES** |
| **WARDEN FCI OAKDALE** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

After an independent determination of the issues and review of the record, the Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS ORDERED** that this petition for writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** in Chambers this 11th day of July, 2018.

*[signature: Robert G. James]*

**JUDGE ROBERT G JAMES**
**UNITED STATES DISTRICT JUDGE**